# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PRISCILLA GUERRERO, <br> Defendant. | Case No. 19-CR-754 WQH <br><br> **JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** <br><br> The Honorable William Q. Hayes |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the indictment in the above-entitled action be dismissed, as to Defendant Guerrero only, without prejudice.

**SO ORDERED.**

Dated: April 29, 2019

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court